# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES - GENERAL

| Case No. | SACV 08-01283-CJC(RNBx) | Date | November 17, 2009 |
|---|---|---|---|

| Title | Pamela Kirkendall v. Zurich American Insurance Company, et al |
|---|---|

Present: The Honorable     **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER DISMISSING ACTION ON JOINT NOTICE OF SETTLEMENT

The Court, having been advised by counsel that this action has been settled by Joint Notice of Settlement filed on November 13, 2009, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |